■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GAVIN, Appellant. [665 NYS2d 362] —Judgment unani-

mously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Robbery, 1st Degree.) Present—Denman, P. J., Pine, Callahan, Balio and Fallon, JJ.